IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **STRIKE 3 HOLDINGS, LLC,** )<br>)<br>Plaintiff, )<br>v. )<br>)<br>**JOHN DOE subscriber assigned IP Address 174.161.166.68** )<br>)<br>Defendant. )<br>) | Case No. 2:25-cv-02422-JTF-cgc |

## ORDER TRANSFERRING CASE

For purposes of judicial economy, the above captioned case is hereby transferred to U.S. District Judge Jon P. McCalla for all further proceedings.

**IT IS SO ORDERED**, this 23rd day of April 2025.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE
